# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO. 18-11706-SDB |
| NICHOLAS L. MCGEE | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

## OBJECTION TO CHAPTER 13 PLAN

**LakeView Loan Servicing LLC,** ("Creditor"), by and through the undersigned counsel, objects to the Chapter 13 Plan ("Plan") [DE #6] and states as follows:

1) Creditor holds a lien on the following property: 9990 Ga Hwy 305, Keysville, GA  30816 (Loan No. 3017)
2) Creditor intends to file a timely Proof of Claim. Creditor estimates a secured amount of **$92,159.09**, a secured arrearage in the amount of **$8,731.32**, and an ongoing post-petition payment of **$684.80**.
3) The Plan proposes to pay arrears in the amount of **$6,000.00** with an initial monthly payment of **$715.00**.
4) The Plan does not provide for the arrears in accordance with the Creditor's filed Proof of Claim.
5) Creditor objects to the proposed Plan treatment.
6) Chapter 13 plans are subject to unlimited amendments. As such, the Creditor respectfully requests that the Court not confirm any plan prior to the POC bar date; or until the Debtor files a plan that fully conforms to the filed POC by the Creditor.

ALAW FILE NO. 18-030984

7) Creditor reserves the right to amend this Objection.

WHEREFORE, Creditor **LakeView Loan Servicing LLC,** respectfully requests that this Honorable Court sustain the objection and deny confirmation of the Plan.

/s/ James E. Albertelli
James E. Albertelli
**Albertelli Law**
Georgia Bar No.: 007750
Attorney for Secured Creditor
100 Galleria Parkway, Suite 960
Atlanta, GA 30339
Assistant's Telephone: (813) 221-4743
bkga@albertellilaw.com

ALAW FILE NO. 18-030984

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of January, 2019, I served a copy of the foregoing on the parties listed below.

### SERVICE LIST

**Nicholas L. McGee**
525 Kilpatrick Street
Midville, GA 30441

**Terrance P. Leiden**
Leiden & Leiden, PC
330 Telfair Street
Augusta, GA 30901

*Trustee*
**Huon Le**
P.O. Box 2127
Augusta, GA 30903

*U. S. Trustee*
**Office of the U. S. Trustee**
Johnson Square Business Center
2 East Bryan Street, Ste 725
Savannah, GA 31401

/s/ James E. Albertelli
James E. Albertelli
**Albertelli Law**
Georgia Bar No.:  007750
Attorney for Secured Creditor
100 Galleria Parkway, Suite 960
Atlanta, GA 30339
Assistant's Telephone: (813) 221-4743
bkga@albertellilaw.com

ALAW FILE NO. 18-030984